1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  | MARIO RIOJAS,                          CASE NO. 1:10-cv–01034-BAM PC

10 |             Plaintiff,                 ORDER DISMISSING ACTION, WITH
   |                                        PREJUDICE, FOR FAILURE TO STATE A
11 |    v.                                  CLAIM

12 | JAIL PSYCHIATRIC STAFF, et al.,        ORDER THAT DISMISSAL IS SUBJECT TO
   |                                        28 U.S.C. § 1915(G)
13 |             Defendants.
   |  _____ /

14

15      Plaintiff Mario Riojas is a state prisoner proceeding pro se and in forma pauperis in this civil

16 rights action pursuant to 42 U.S.C. § 1983.  This action was filed on June 9, 2010.  On November

17 2, 2011, an order issued dismissing Plaintiff's first amended complaint, with leave to file an

18 amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  Plaintiff was

19 warned that if he failed to file a second amended complaint in compliance with the order, this action

20 would be dismissed, with prejudice, for failure to state any claims.

21      More than thirty days have passed and Plaintiff has not complied with or otherwise responded

22 to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which

23 relief may be granted.

24      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

25 HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which

26 relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal

27 ///

28 ///

1

1  is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). Silva v. Vittorio, No. 08-

2  15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011).

3      IT IS SO ORDERED.

4   **Dated:**   **January 9, 2012**                    **/s/ Barbara A. McAuliffe**
                                                          UNITED STATES MAGISTRATE JUDGE